United States District Court
Southern District of Texas
**ENTERED**
February 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BILAL AHMAD GHAURI, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-03699 |
| § | |
| MANGUM STORE, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed January 26, 2022 (DOC #  5), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

Signed on February 8, 2022.

_____
Alfred H. Bennett
United States District Judge

1 / 1